

Case: 99-13847  DocType: ORD

Honorable Philip H. Brandt
Chapter 11
Hearing Place: 1200 6th Avenue,
  Rm. 309, Seattle, WA 98101
Hearing Date: May 30, 2001
Hearing Time: 9:00 a.m.
Response Date: May 24, 2001

FILED
U.S. Bankruptcy Court
Western District of Washington
MAY 30 2001
MARK ..., CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

PHILIP EDWARD HARMON,

DEBTOR.

No. 97-06982

Chapter 11

ROBERT FUHRIMAN, TRUSTEE, FOR THE ESTATE OF PHILIP EDWARD HARMON,

PLAINTIFF,

v.

JOHN A. DUKE AND MARILYN R. DUKE, and their marital community, AND JOHN A. DUKE TRUST,

DEFENDANTS.

ADV. NO. A99-13847

ORDER APPROVING SETTLEMENT BETWEEN TRUSTEE AND DUKE

THIS MATTER came before the court on the Trustee's Motion to Approve Settlement between Robert Fuhriman, as trustee of the estate of Philip Harmon, and John A. Duke, Marilyn R. Duke, and the John A. Duke Trust. The court has reviewed all materials submitted by the Trustee in support of this motion, all materials, if any, submitted in opposition, and the files and records herein.

The court finds that proper notice of this motion was given and that the settlement is in the

ORDER APPROVING SETTLEMENT BETWEEN TRUSTEE
AND DUKE - 1

N:\CLIENTS\23504\11\ORDER APPROVING SETTLEMENT.DOC

ORIGINAL

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

best interests of the creditors and other interested parties and should be approved.

NOW THEREFORE, IT IS HEREBY ORDERED that the settlement between the Trustee and John A. Duke, Marilyn R. Duke, and the John A. Duke Trust is approved.

DATED this _____ day of May, 2001.

_____
JUDGE PHILIP H. BRANDT

Presented by:

KELLER ROHRBACK L.L.P.

_____
By John Mellen, WSBA #12373
Attorney for Trustee

Approved:

PURCELL & ADAMS P.L.L.C.

_____
By Douglas Purcell, WSBA #5342
Attorney for John A. Duke, Marilyn R. Duke, The John A. Duke Trust

RYAN, SWANSON & CLEVELAND L.L.P.

_____
By Timothy W. Dore, WSBA #17131
Attorney for Creditors Committee

UNITED STATES TRUSTEE

_____
By William Courshon, WSBA #20468
Attorney for United States Trustee

ORDER APPROVING SETTLEMENT BETWEEN TRUSTEE
AND DUKE - 2

N:\CLIENTS\23504\11\ORDER APPROVING SETTLEMENT.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384